**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-02299-LTB

CRAIG ROBLEDO,

    Applicant,

v.

DIRECTOR GARY WILSON, and
JANET RUSSELL,

    Respondents.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    Applicant's Request for Emergency Relief (ECF No. 20) filed on December 24, 2013, is DENIED because the instant action was dismissed on October 3, 2013.

Dated:  January 29, 2014